**Order entered July 13, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00010-CV

**FARMLAND PARTNERS INC., Appellant**

**V.**

**FIRST SABERPOINT CAPITAL MANAGEMENT, L.P., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-08643**

### ORDER

Before the Court is appellees' July 11, 2022 unopposed second motion for an extension of time to file their brief.  We **GRANT** the motion and extend the time to **August 3, 2022**.  We caution appellees that further extension requests will be disfavored.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE